SAMUEL E. HUNTER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hunter v. City of New York*, 174 App. Div. 858, appeal dismissed. (Submitted March 25, 1918; decided April 2, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action on contract.

The motion was made upon the ground of failure to file the required undertaking.

*William P. Burr, Corporation Counsel,* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.